# LAW OFFICE OF
# YURIY MOSHES, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

*Please reply to our NEW YORK CITY office*

322 West 48th Street, 6th FL         111 Northfield Ave, Suite 208A         517 Brighton Beach Ave., 2nd Floor
New York, NY 10036                    West Orange, NJ 07052                  Brooklyn, NY 11235

Tel. (888) 445-0234 Fax: (646) 843-7570

Yuriy Moshes, Esq.                                                           Gennady Litvin, Esq.
Alex Umansky, Esq.                                                           Jessenia Maldonado, Esq.
*Members of NJ and NY Bar.*                                                   *Members of NY Bar.*

January 24, 2020

GRANTED.

SO ORDERED: 1/24/2020

/s/ Robert W. Lehrburger
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Suwanphanu v. Mount Sinai Health System, Inc.*
      **Case No: 16-cv-02896(ER) (RWL)**

Your Honor:

We represent the Plaintiff, Suwanphanu in the above-referenced matter. We write now to advise the Court that the parties have reached an agreement in principle to settle this matter. The parties are currently working on mutually acceptable settlement papers.

We therefore respectfully request that the status conference scheduled for January 28, 2020 be canceled in contemplation of the resolution of this matter.

We thank the Court for its attention to this matter. If Your Honor has any questions or comments, or wishes to conference this matter further, we are, of course, at the Court's convenience.

Respectfully submitted,

LAW OFFICE OF YURIY MOSHES, P.C.

/s/
Jessenia Maldonado (JM7811)

cc:   Siobhan Sweeney (*VIA* ECF)