UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMCHAI SUWANPHANU,

               Plaintiff,

– *against* –

MOUNT SINAI HEALTH SYSTEM, INC., *doing business as St. Luke's - Roosevelt Hospital Center*, *and* THE ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,

               Defendants.

**ORDER**

16 Civ. 2896 (ER)

RAMOS, D.J.:

On April 24, 2020, the parties indicated they had reached a settlement and would file a dismissal in this case by May 8, 2020. Doc. 72. The parties have yet to do so. They are ordered to file a status report by August 8, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   July 24, 2020
          New York, New York

                                            EDGARDO RAMOS, U.S.D.J.